1

2
Attorneys for Plaintiff, Cheryl Schoeneman
3

4

5

6

7

8

9 UNITED STATES DISTRICT COURT

10 NORTHERN DISTRICT OF CALIFORNIA

11

12 | | Case Specific Number: C 06 0257 CRB

IN RE: BEXTRA AND CELEBREX
13 MARKETING SALES PRACTICES AND | **MDL NO. 1699**
PRODUCT LIABILITY LITIGATION | **District Judge:  Charles R. Breyer**
14

15

Plaintiff Name(s),  Cheryl Schoeneman
16 | **STIPULATION AND ORDER OF**
Plaintiffs, | **DISMISSAL WITH PREJUDICE**
17

vs.
18

Pfizer, Inc., et al.
19 Defendants.

20

21
Come now the Plaintiff, CHERYL SCHOENEMAN, and Defendants, PFIZER, INC., et
22
al. by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule
23
41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing
24
its own attorneys' fees and costs.
25

26 DATED: January 17, 2009

27

28 By
Peter L. Kaufman
Attorneys for Plaintiff, Cheryl Schoeneman
-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1

2    DATED: August 6, 2009        GORDON & REES

3
                                        By: _____ /s/
4                                            Stuart M. Gordon
                                             Attorneys for Defendants
5

6

7
     **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
8    **IT IS SO ORDERED.**

9

10   Dated: **AUG 1 7 2009**
                                   Hon. Charles R. Breyer
11                                 United States District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                             -2-
                 **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**